CAROLINE DJANG (SBN:  216313)
BUCHALTER LLP
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email:  cdjang@buchalter.com

Attorney for CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish (FIJI) Ltd, and Charitha I. Samarasinghe

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.)<br>CORPORATION, dba E TROPICAL FISH,<br><br>Debtor<br><br>---<br><br>CIS INTERNATIONAL DISTRIBUTORS INC.,<br>LIVE AQUARIA HOLDINGS CORP.,<br>LIONSROCK INVESTMENTS LLC,<br>LIONSROCK WISCONSIN LLC, T3<br>AQUATICS, SIAM TROPICAL FISH LTD.,<br>TROPICAL AQUARIUM FISH (FIJI) LTD.,<br>AND CHARITHA I. SAMARASINGHE,<br><br>Plaintiffs<br><br>v.<br><br>CIS INTERNATIONAL HOLDINGS (N.A.)<br>CORPORATION, dba E TROPICAL FISH,<br><br>Defendant | CASE NO. 2:25-bk-18374-BR<br><br>Chapter 7<br><br>ADV CASE NO. 2:26-ap-01070-BR<br><br>**PROOF OF SERVICE OF NOTICE OF<br>REMOVAL OF CIVIL<br>ACTION UNDER 28 U.S.C. § 1452(a)<br>[DOC. 1]** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18400 Von Karman Ave., Suite 800, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1452(a)**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On XXX I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) 3/24/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| PANTHERS CAPITAL LLC<br>NEUBERT PEPE & MONTIETH PC<br>195 Church St., 13th Floor<br>New Haven, CT 06510 | CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION<br>1405 W. 178th St.<br>Gardena, CA 90248 |

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 3/24/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
VIA EMAIL:
PLuccarelli@sisco-law.com Peter Luccarelli - Attorney of Record for Defendants, CIS INTERNATIONAL HOLDINGS (N.A.) CORP. D/B/A E. TROPICAL FISH; CHARITHA I. SAMARASINGHE; CIS INTERNATIONAL DISTRIBUTORS, INC.; LIVE AQUARIA HOLDINGS CORP; LIONSROCK INVESTMENTS LLC; LIONSROCK WILSCONSIN LLC; T3 AQUATICS; SIAM TROPICAL FISH LTD; and TROPICAL AQUARIAUM FISH (FIJI) LTD
lrocklin@npmlaw.com Lucas B. Rocklin, bfair@npmlaw.com S. Bruce Fair - Attorneys of Record for Plaintiff, PANTHERS CAPITAL LLC

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/24/2026 | LAURIE VERSTEGEN | /s/Laurie Verstegen |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**