United States Bankruptcy Court

Central District of California

CIS International Distributors Inc.,

    Plaintiff

Adv. Proc. No. 26-01070-BR

CIS INTERNATIONAL HOLDINGS (N.A.) CORPOR,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 26, 2026 | Form ID: pdf031 | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION dba |
| pla | | CIS International Distributors Inc. |
| pla | | Charitha I. Samarasinghe |
| pla | | Lionsrock Investments LLC |
| pla | | Lionsrock Wisconsin LLC |
| pla | | Live Aquaria Holdings Corp. |
| pla | | Siam Tropical Fish Ltd. |
| pla | | T3 Aquatics |
| pla | | Tropical Aquarium Fish (FIJI) Ltd |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caroline Djang | |
| | on behalf of Plaintiff Siam Tropical Fish Ltd. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com |
| Caroline Djang | |
| | on behalf of Plaintiff Lionsrock Wisconsin LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com |
| Caroline Djang | |
| | on behalf of Plaintiff T3 Aquatics cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com |
| Caroline Djang | |
| | on behalf of Plaintiff Lionsrock Investments LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com |

District/off: 0973-2                                       User: admin                                       Page 2 of 2

Date Rcvd: Mar 26, 2026                                Form ID: pdf031                                Total Noticed: 0

Caroline Djang

    on behalf of Plaintiff Charitha I. Samarasinghe cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

    on behalf of Plaintiff CIS International Distributors Inc. cdjang@buchalter.com
    docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

    on behalf of Plaintiff Live Aquaria Holdings Corp. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

    on behalf of Plaintiff Tropical Aquarium Fish (FIJI) Ltd cdjang@buchalter.com
    docket@buchalter.com;lverstegen@buchalter.com

United States Trustee (LA)

    ustpregion16.la.ecf@usdoj.gov


TOTAL: 9

FILED & ENTERED

MAR 26 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

CIS INTERNATIONAL HOLDINGS
CORPORATION (N.A.) CORPORATION,
dba E TROPICAL FISH,

Debtor

_____

CIS INTERNATIONAL DISTRIBUTORS
INC., LIVE AQUARIA HOLDINGS
CORP., LIONSROCK INVESTMENTS
LLC, LIONSROCK WISCONSIN LLC, T3
AQUATICS, SIAM TROPICAL FISH LTD.,
TRIOUCAK AQYARUYM FISH (FIJI)
LTD., AND CHARITHA I.
SAMARASINGHE,

                                        Plaintiff(s),

   v.

,
CIS INTERNATIONAL HOLDINGS (N.A.)
CORPORATION, dba E TROPICAL
FISH,
                                        Defendant(s).

Case No.:  2: 25-18374BR
Adv. No:   2: 26-01070BR

CHAPTER 7

**NOTICE OF STATUS CONFERENCE AND
ORDER TO SHOW CAUSE RE: REMOVAL
OF PROCEEDING AND REMAND**

Date:          MAY 12, 2026
Time:          10:00 a.m.
Courtroom:   1668 (IN PERSON HEARING)
EDWARD ROYBAL BUILDING
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012

-1-

An application for removal was filed with this Court on March 23, 2026 under 28 U.S.C. § 1452(a), FRBP 9027 and LBR 9027-1(a). Pursuant to Local Bankruptcy Rule ("LBR") 9027-1(c), notice is hereby given that a status conference will be held on the date and at the time shown above.

**COUNSEL ARE HEREBY ORDERED** to appear to discuss the status of the case and show cause why the Court should not abstain and remand the case pursuant to 28 U.S.C. §§ 1334(c) 1452(b).

Litigation Documents Regarding Removal: Pursuant to FRBP 9027(a)(1) and 9027(e)(2), and LBR 9027-1(d), subject to LBR 9027-1(d)(2)(B), the party who filed the Notice of Removal must file with the Clerk of Court all of the following items pertaining to the action being removed no later than 30 days after the filing of the Notice of Removal:

(a) A copy of the docket from the court whether the removed litigation was pending; and

(b) A copy of every document reflected on the docket, whether the document was filed by a party or entered by the court. These copies must be provided in chronological order according to the date the document was filed.

Written response to the Order to Show Cause is due fourteen days before the hearing date.

Joint Status Report: Pursuant to LBR 7016-1(a)(2), all parties to this adversary proceeding must participate in filing a joint status report and deliver a judge's copy to chambers (Room 1660) no later than 14 days prior to the Status Conference.

Motion for Remand: Any party that wants the court to remand the case shall file and serve a motion for remand together with a memorandum of points and authorities and supporting declarations at least 24 days before the date of the status conference.

-2-

Any party opposing the remand shall file and serve its memorandum of points and authorities and supporting declarations at least 14 days before the status conference. LBR 9013-1(a) shall govern the deadline for a reply.  Failure to timely file and serve a motion for remand may be deemed to be consent to the grant or denial of the order to show cause, as the case may be.

FAILURE OF COUNSEL TO APPEAR AT THE STATUS CONFERENCE AND HEARING MAY RESULT IN ADVERSE ACTION BEING TAKEN BY THE COURT, INCLUDING ENTERING JUDGMENT AGAINST ANY NON-APPEARING PARTY.

The attorney for [Caroline Djang] is responsible to serve this order on all interested parties.

**IT IS SO ORDERED.**

###

Date: March 26, 2026

Barry Russell
United States Bankruptcy Judge

Rev 2/13/2024

-3-

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NOTICE

### RE: CONTINUANCES:

No continuances will be granted unless a written stipulation signed by all parties is filed at least 48 hours prior to the schedules hearing. Such stipulation must explain, in detail, the reason for the continuances. Such stipulation must be in the form of a declaration, signed under penalty of perjury. No continuance will be granted without good cause.

In addition to filing a written stipulation, the Courtroom Deputy must be notified personally at least 24 hours before the hearing. No continuances will be granted on the day of the hearing. It is the responsibility of all parties to check to see that the Court has been so notified. If there has been no notification, both written and oral, all sides must be ready to proceed with the hearing. Unless the parties have been notified by the clerk that the judge has granted the motion, all parties must appear for the hearing.

### RE: SETTLEMENTS:

In case of a settlement reached prior to a hearing or trial, every effort should be made to notify the Court at least 48 hours prior to the hearing or trial.

### RE: SANCTIONS FOR FAILURE TO TIMELY PREPARE FOR STATUS AND PRE-TRIAL CONFERENCES:

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to timely comply with Rule 7016-1 will result in sanctions of at least $400.00 against any party and/or its counsel, payable to the Clerk of Court, General Fund Account. Additional sanctions may be imposed as deemed appropriate under the circumstances. Timely compliance with Rule 7016-1 includes, but is not limited to, timely filing of status report and pre-trial orders. Subsequent offenses in the same matter will result in escalating sanctions. Sending attorneys to court to appear on matters, about which they are inadequate informed will result in similar sanctions.

BARRY RUSSELL
U.S. BANKRUPTCY JUDGE