# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Name, Address, Telephone Numbers, and California State Bar Number (if applicable) | CASE NO.:    2:25-bk-18374-BR<br>ADV NO.:    2:26-ap-01070-BR |
|---|---|
| David M. Goodrich<br>*dgoodrich@go2.law*<br>3070 Bristol Street. Suite 640<br>Costa Mesa, CA 92626<br>Telephone:  (714) 966-1000 | Chapter 7 |
| In re:<br>CIS INTERNATIONAL HOLDINGS CORP, (N.A.) dba E TROPICAL FISH<br><div align=right>Debtor</div>CIS INTERNATIONAL DISTRIBUTORS INC. LIVE AQUARIA HOLDINGS CORP. LIONSROCK INVESTMENTS LLC, LIONSROCK WISCONSIN LLC, T3 AQUATICS, SIAM TROPICAL FISH LTD, TRIOUCAK AQYARUYM FISH(FIJI) LTD AND CHARITHA I. SAMARASINGHE<br><br>v.<br>CIS INTERNATIONAL HOLDINGS CORP, (N.A.) dba E TROPICAL FISH<br><div align=right>Defendant</div> | ☒ **REQUEST COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

# REQUESTS TO BE ADDED OR REMOVED FROM
# COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)

To the Clerk of the U.S. Bankruptcy Court, I hereby:

☒ **Request Courtesy Notification of Electronic Filing**. The above named wishes to receive courtesy electronic notice of all documents filed in the above-mentioned case. I understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF) and that I must be a registered User of the Court's CM/ECF system to be eligible for courtesy NEFs.

I understand it is <u>my responsibility to add myself and my e-mail address to the above reference case via CM/ECF in order to receive a courtesy NEF</u>.

I further understand this request ***DOES NOT*** impose any obligation on the Court, the debtors or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission.

I will use docket event "Request for Courtesy Notice of Electronic Filing (NEF)."

☐ **Request <u>Removal</u> from Courtesy Notification of Electronic Filing.** By selecting this option, courtesy notification of court orders and all other pleadings entered on the docket in the above referenced case will no longer be sent via electronic means to the above named.

I will use docket event "Request for REMOVAL from Courtesy Notice of Electronic Filing (NEF)."

(**WARNING: This form must be used to be added or removed from receiving Courtesy NEFs and may NOT be used in place of *Substitution of Attorney* form F 2090-1.4)**

Dated:   April 9, 2026            /s/ David M. Goodrich
<div align=center>*Signature*</div>

This form is mandatory. It has been approved by the United States Bankruptcy Court for the Central District of California.

*April 2010*