RAMLO LAW
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

Attorney for Plaintiff and
Counter-Defendant Panthers Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:25-18374-BR |
| CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, dba E TROPICAL FISH, | Hon. Barry Russell<br><br>Chapter 7 |
| Debtor. | |
| CIS INTERNATIONAL DISTRIBUTORS INC., et al.,* | Adv. No. 26-01070-BR |
| Plaintiff, | **FRBP 9027(e)(3) Statement That Party Does Not Consent to Bankruptcy Court's Entry of Final Order or Judgment** |
| vs. | |
| CIS INTERNATIONAL HOLDINGS (N.A.)_ CORPORATION,* | ) |
| Defendants. | |
| And related counterclaim. | |

In accordance with Rule 9027(e)(1), Plaintiff and Counter-Defendant Panthers Capital LLC ("**Panthers**") states that it does not consent to the bankruptcy court's entry of a final order or

---

* Panthers Capital LLC is the plaintiff and counter-defendant in the action removed from Superior Court of Connecticut, Stamford Division.  CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish (Fiji) Ltd., and Charitha I. Samarasinghe are not plaintiffs.  They are among the defendants and are the entirety of the counterclaimants and removing parties.  The Debtor is also a defendant.

judgment.

Dated: April 17, 2026

RAMLO LAW

By: */s/ Kurt Ramlo*

Attorney for Plaintiff and Counter-Defendant Panthers Capital LLC*

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 15021 Ventura Blvd. #544, Sherman Oaks, CA  90034.

A true and correct copy of the foregoing document entitled

## FRBP 9027(e)(3) Statement That Party Does Not Consent to Bankruptcy Court's Entry of Final Order or Judgment

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 20, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com**
- **David M Goodrich (TR)    dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **April 20, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 20, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 20, 2026 | Kurt Ramlo | /s/ Kurt Ramlo |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**