Howard M. Ehrenberg (CA Bar No. 125527)
  howard.ehrenberg@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for David M. Goodrich,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:25-bk-18374-BR |
| CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, | Chapter 7 |
| | Adv. No. 2:26-ap-01070-BR |
| Debtor. | **CHAPTER 7 TRUSTEE RESPONSE TO PANTHERS CAPITAL LLC'S MOTION FOR REMAND** |
| CIS INTERNATIONAL DISTRIBUTORS INC., et al., | Related to AP. Dkt. 9 |
| Plaintiff, | **Hearing Information:** |
| vs. | Date: May 12, 2026 |
| CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, et al. | Time: 10:00 a.m. |
| Defendants. | Place: Courtroom 1668 |
| And related counterclaims. | 255 E. Temple Street Los Angeles, CA 90012 |

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SB 65058682v1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, PLAINTIFF AND COUNTER-DEFENDANT PANTHERS CAPITAL, LLC, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

David M. Goodrich, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor"), hereby submits this response ("Response") to the *Motion For Remand Of All Or A Portion Of This Action* ("Motion") [AP Dkt. 9] filed by Panthers Capital, LLC ("Panthers").[1] Panthers is seeking to remand the Non-Debtor Claims to the Superior Court of Connecticut, Stamford Division ("State Court") from which the action was initially removed in March 2026. Alternatively, Panthers seeks to remand this entire action to the State Court. Mot. 2:1-13.

There is a concern that remand of the entire action- or just the Non-Debtor Claims- is not in the best interest of the Estate or judicial economy. As noted in Trustee's application to employ special litigation counsel, Trustee is analyzing the Estate's legal claims against Panthers and intends to pursue such claims in this Court [Dkt. 185]. Key to the Estate's legal claims will be the determinations of whether California or Connecticut law controls the underlying factoring agreements between Debtor and Panthers, and whether the factoring agreements were in fact a sale of receivables or loans. Remanding this action to the State Court raises the possibility of inconsistent rulings between this Court and the State Court on these key issues, and will effectively create a "race to the courthouse" to see which court rules first on these issues. Allowing the action to methodically proceed before this Court is in the best interest of the Estate and will promote judicial economy.

Having to litigate issues concerning the underlying factoring agreements before this Court should not be surprising to Panthers. Its Proof of Claim no. 53-1 filed on March

---

[1] Unless otherwise defined herein, all capitalized terms have the same meaning given to them in the Motion.

1

9, 2026 is based on the same underlying factoring agreements at issue in this action. Having filed its proof of claim in this bankruptcy case, Panthers has already voluntarily submitted to the jurisdiction of this Court concerning its legal claims arising from those factoring agreements.

Dated: April 28, 2026                    Respectfully submitted,

**GREENSPOON MARDER LLP**


By:   */s/ Steve Burnell*
      Howard M. Ehrenberg
      Steve Burnell
      Attorneys for David M. Goodrich,
      Chapter 7 Trustee for the bankruptcy estate of
      CIS International Holdings (N.A.) Corporation

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE RESPONSE TO PANTHERS CAPITAL LLC'S MOTION FOR REMAND** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 28, 2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Caroline Djang** cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **David M Goodrich (TR)** dgoodrich@go2.law, c143@ecfcbis.com; dgoodrich11@ecf.axosfs.com; lrobles@go2.law
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 2026 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2026 | Patricia M. Dillamar | /s/ Patricia M. Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**