| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Caroline Djang (SBN 216313)<br>BUCHALTER LLP<br>18400 Von Karman Avenue, Suite 800<br>Irvine CA 92612-0514<br>Telephone: 949-760-1121<br>Email: cdjang@buchalter.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish (FIJI) Ltd, and Charitha I. Samarasinghe | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>CIS INTERNATIONAL HOLDINGS CORPORATION (N.A.) CORPORATION, dba E-TROPICAL FISH<br><br>Debtor(s). | CASE NO.: 2:26-bk-18374-BR<br><br>ADVERSARY NO.: 2:26-ap-01070-BR<br><br>CHAPTER: 7 |
|---|---|
| CIS INTERNATIONAL DISTRIBUTORS INC., LIVE AQUARIA HOLDINGS CORP., LIONSROCK INVESTMENTS LLC, LIONSROCK WISCONSIN LLC, T3 AQUATICS, SIAM TROPICAL FISH LTD., TROPICAL AQUARIUM FISH (FIJI) LTD. AND CHARITHA I. SAMARASINGHE,<br><br>Plaintiff(s).<br><br>vs.<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, dba E TROPICAL FISH,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:   May 12, 2026<br>TIME:    10:00 a.m.<br>COURTROOM: 1668 [IN PERSON HEARING]<br>ADDRESS:<br>Edward Roybal Building, 255 East Temple Street, Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

**A.  PLEADINGS/SERVICE:**

1.  Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes   ☐ No

2.  Have all parties filed and served answers to the Claims Documents?   ☐ Yes   ☒ No

3.  Have all motions addressed to the Claims Documents been resolved?   ☐ Yes   ☒ No

4.  Have counsel met and conferred in compliance with LBR 7026-1?   ☐ Yes   ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.   If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

A.2.  Before this action was removed, Plaintiff Panthers Capital LLC ("Panthers") filed a motion to dismiss the counterclaim filed by all defendants other than the Debtor (the "Guarantor Defendants").  The motion was fully briefed and argued, after which the Connecticut court took the motion under submission.

A.3.  See #2 above.

A.4.  Panthers timely filed a Motion to Remand at 11:51 p.m. on April 17, 2026 [Doc. 9] ("Remand Motion"). The hearing on the Remand Motion is set for May 12, 2026. Defendants and Counterclaimants only learned who Panthers' new counsel was with the filing of the Remand Motion, and have not had time to meet and confer, while also preparing an opposition to the Motion to Remand and this Joint Status Report. Defendants and Counterclaimants' counsel will contact Panthers' counsel to schedule a meet and confer prior to the Status Conference.

## B.  <u>READINESS FOR TRIAL</u>:

1.      When will you be ready for trial in this case?

<u>Plaintiff</u> | <u>Defendant</u>
---|---
Nine months. | Unable to determine at this time.

2.   If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| It is unknown whether the Trustee intends to substitute in for the Debtor to defend against this action or to take the position that Panther's proof of claim should be the sole procedure for Panthers to seek allowance of its claim and the claims against the Debtor in this action should be stayed.  Given that the Ninth Circuit has held that the automatic stay does not apply to actions pending in the bankruptcy court, the Debtor's time to plead was 7 days after filing of the notice of removal.  FRBP 9027(g)(2)(C). | |
| If the Remand Motion were not granted, Plaintiff would seek a ruling on its pending motion to dismiss to the counterclaim of the Guarantor Defendants.  Panthers also anticipates filing a summary judgment motion on liability soon after a ruling dismissing the counterclaim, which it believes would narrow the discovery needed by any party and streamline any trial on damages.  If the summary judgment motion were denied, Panthers would expect to need six months thereafter for discovery. | Resolution of the Remand Motion is necessary before timelines can be established. |

3.   When do you expect to complete <u>your</u> discovery efforts?

<u>Plaintiff</u> | <u>Defendant</u>
---|---
See #2 above. | Unable to determine at this time.

4.   What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Requests for production of documents to each defendant; interrogatories to each defendant; depositions of each defendant and of the account debtor. | Written discovery, depositions, expert discovery |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 4                    **F 7016-1.STATUS.REPORT**

**C.  TRIAL TIME:**

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial *(including rebuttal stage if applicable)?*

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 5 hours. | To be determined after discovery |

2.  How many witnesses do you intend to call at trial *(including opposing parties)?*

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 1 | To be determined after discovery |

3.  How many exhibits do you anticipate using at trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 10-15 | To be determined after discovery |

**D.  PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference  ☒ is ☐ is not requested | Pretrial conference  ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| Narrow issues for trial. | Narrow issues for trial |

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| *(date)* <u>Too soon to determine</u> | *(date)* <u>Too soon to determine</u> |

**E.  SETTLEMENT:**

1.  What is the status of settlement efforts?
No settlement efforts have occurred, as Panthers' new counsel only appeared in this proceeding 11 days ago. The parties engaged in settlement discussions before removal.

2.  Has this dispute been formally mediated?     ☐ Yes     ☒ No
    If so, when?

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No |
| | Unable to determine at this time. |

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

**Plaintiff**

I ☐ do  ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**Defendant**

I ☒ do  ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

Respectfully submitted,

Date: April 28, 2026

Ramlo Law
Printed name of law firm

Signature

Kurt Ramlo
Printed name
              Plaintiff and Counterdefendant
Attorney for: Panthers Capital, LLC

Date: April 28, 2026

Buchalter LLP
Printed name of law firm

/s/ Caroline R. Djang
Signature

Caroline R. Djang
Printed name
              CIS International Distributors Inc., Live
              Aquaria Holdings Corp., Lionsrock
              Investments LLC, Lionsrock Wisconsin
              LLC, T3 Aquatics, Siam Tropical Fish
              Ltd., Tropical Aquarium Fish (FIJI) Ltd,
Attorney for: and Charitha I. Samarasinghe

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18400 Von Karman Avenue, Suite 800, Irvine CA 92612-0514

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1 (a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. __TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)__: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 4/28/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2**. __SERVED BY UNITED STATES MAIL__:
On *(date)* 4/28/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge __will be completed__ no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. __SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL__ (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge __will be completed__ no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/28/2026 | LAURIE VERSTEGEN | /s/Laurie Verstegen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   ▪Caroline Djang on behalf of Plaintiffs
   cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
   ▪David M Goodrich (TR)
   dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law
   ▪Kurt Ramlo on behalf of Plaintiff Panthers Capital LLC
   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
   ▪United States Trustee (LA)
   ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:
   Honorable Barry Russell
   United States Bankruptcy Court
   Central District of California
   Edward R. Roybal Federal Building and Courthouse
   255 E. Temple Street, Suite 1660
   Los Angeles, CA 90012