CAROLINE DJANG (SBN: 216313)
BUCHALTER LLP
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: cdjang@buchalter.com

Counsel for Removing Parties, CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish (FIJI) Ltd, and Charitha I. Samarasinghe

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

CIS INTERNATIONAL HOLDINGS CORPORATION (N.A.) CORPORATION, dba E TROPICAL FISH,

Debtor

---

PANTHERS CAPITAL LLC,

Plaintiff and Counter-Defendant,

v.

CIS INTERNATIONAL HOLDINGS (N.A.) CORP. d/b/a E TROPICAL FISH, CIS INTERNATIONAL DISTRIBUTORS INC., LIVE AQUARIA HOLDINGS CORP., LIONSROCK INVESTMENTS LLC, LIONSROCK WISCONSIN LLC, T3 AQUATICS, SIAM TROPICAL FISH LTD., TROPICAL AQUARIUM FISH (FIJI) LTD., AND CHARITHA I. SAMARASINGHE,

Defendants and Counterclaimants

CASE NO. 2:25-bk-18374-BR

Chapter 7

ADV. PROC. NO. 2:26-ap-01070-BR

**RESPONSE TO ORDER TO SHOW CAUSE RE REMOVAL OF PROCEEDING AND REMAND**

DATE: May 12, 2026
TIME: 10:00 a.m.
CRTRM: 1668 (In Person Hearing)

The removing parties, CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish (Fiji) Ltd., and Charitha I. Samarasinghe (collectively, the "Removing Parties" or the "Guarantors") hereby submit this response to the Court's *Notice of Status Conference and Order to Show Cause re: Removal of Proceeding and Remand* [Doc. 3] as follows:

The Removing Parties are the non-debtor guarantor parties who filed the Notice of Removal pursuant to 28 U.S.C. § 1452(a) and Federal Rule of Bankruptcy Procedure 9027.  Undersigned counsel represents only the Removing Parties and does not represent CIS International Holdings (N.A.) Corporation (the "Debtor"), which is named in the caption solely because it was a defendant in the removed state-court action.

The Notice of Removal did not mirror the full caption of the underlying Connecticut state-court action. The action was nevertheless removed in its entirety, and all parties to the state-court proceeding remain parties to this adversary proceeding. The Debtor is included in the caption solely because it was a defendant in the removed action, and not because it is represented by undersigned counsel. This clarification is provided to ensure the record accurately reflects the posture of the removed proceeding.

As set forth in the Removing Parties' Opposition to the Motion to Remand [Doc. 14] (the "Opposition") filed on April 28, 2026, abstention and remand are not warranted because this adversary proceeding is, at minimum, "related to" the Debtor's Chapter 7 case within the meaning of 28 U.S.C. § 1334(b). The removed action arises from the same agreements, transactions, and alleged defaults that underlie Panthers Capital LLC's asserted rights and that bear directly on the allowance or disallowance of claims and the Chapter 7 Trustee's investigation of potential estate causes of action.

Retaining this proceeding in the bankruptcy forum promotes judicial economy and avoids the risk of inconsistent rulings on issues affecting administration of the bankruptcy estate. Mandatory abstention does not apply, and discretionary abstention or equitable remand under 28 U.S.C. §§ 1334(c) and 1452(b) is not appropriate under these circumstances.  The Removing Parties hereby incorporate by reference the Opposition as though fully set forth herein.

The Removing Parties acknowledge the Court's direction under Federal Rule of Bankruptcy Procedure 9027 and Local Bankruptcy Rule 9027-1(d) regarding the filing of the state court docket and pleadings from the removed action. The Removing Parties have obtained the relevant docket and pleadings and in compliance with the Court's directives.  The *Removed Civil Action Docket and Documents* [Doc. 5] has been filed.

BUCHALTER LLP
IRVINE

2

**RESPONSE TO ORDER TO SHOW CAUSE RE: REMOVAL OF PROCEEDING AND REMAND**

BUCHALTER 109897596v1

The Removing Parties, jointly with counsel for Panthers Capital LLC, have timely filed a *Joint Status Report* [Doc. 15] in accordance with Local Bankruptcy Rule 7016-1(a)(2), as directed by the Court.

For the foregoing reasons, the Removing Parties respectfully request that the Court discharge the Order to Show Cause to the extent it seeks abstention and remand and proceed with the scheduled Status Conference.

DATED:  April 29, 2026                          BUCHALTER LLP


                                         By:    */s/ Caroline Djang*
                                                Caroline Djang
                                                Attorneys for Removing Parties
                                                CIS International Distributors Inc., Live Aquaria
                                                Holdings Corp., Lionsrock Investments LLC,
                                                Lionsrock Wisconsin LLC, T3 Aquatics, Siam
                                                Tropical Fish Ltd., Tropical Aquarium Fish
                                                (FIJI) Ltd, and Charitha I. Samarasinghe

**RESPONSE TO ORDER TO SHOW CAUSE RE: REMOVAL OF PROCEEDING AND REMAND**
BUCHALTER 109897596v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18400 Von Karman Ave., Suite 800, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): RESPONSE TO ORDER TO SHOW CAUSE RE
REMOVAL OF PROCEEDING AND REMAND
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
4/29/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 4/29/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 4/29/2026_____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/29/2026 | LAURIE VERSTEGEN | /s/Laurie Verstegen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   ▪Caroline Djang on behalf of Plaintiffs
   cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
   ▪David M Goodrich (TR)
   dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law
   ▪Kurt Ramlo on behalf of Plaintiff Panthers Capital LLC
   RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
   ▪United States Trustee (LA)
   ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:
   Honorable Barry Russell
   United States Bankruptcy Court
   Central District of California
   Edward R. Roybal Federal Building and Courthouse
   255 E. Temple Street, Suite 1660
   Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**