| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RAMLO LAW<br>Kurt Ramlo (SBN 166856)<br>15021 Ventura Blvd. #544<br>Los Angeles, CA 91403<br>RamloLegal@gmail.com<br>Telephone: (310) 880-9208 | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff and Counter-Defendant Panthers Capital LLP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, dba E TROPICAL FISH,<br><br>Debtor(s). | CASE NO.:    2:25-18374-BR<br>CHAPTER: 7<br>ADVERSARY NO.: 26-01070-BR |
| CIS INTERNATIONAL DISTRIBUTORS INC., et al.,*<br><br>Plaintiff(s),<br><br>vs.<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,*<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion[1]*):  Motion for Remand of All or a Portion of This Action |

PLEASE TAKE NOTE that the order or judgment titled Order Remanding Action to Superior Court of Connecticut, Judicial District of Stamford at Stamford was lodged on (*date*) May 19, 2026 and is attached.  This order relates to the motion which is docket number 9.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

RAMLO LAW
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

Attorney for Plaintiff and Counter-Defendant Panthers Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Los Angeles Division**

| | |
|---|---|
| In re<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, dba E TROPICAL FISH,<br><br>        Debtor. | Case No. 2:25-18374-BR<br><br>Chapter 7 |
| CIS INTERNATIONAL DISTRIBUTORS INC., et al.,*<br><br>        Plaintiff,<br><br>        vs.<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,*<br><br>        Defendants.<br><br>And related counterclaim. | Adv. No. 26-01070-BR<br><br>Hon. Barry Russell<br><br>**Order Remanding Action to Superior Court of Connecticut, Judicial District of Stamford at Stamford**<br><br>Hearing Date:  May 12, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom:1668 (IN PERSON HEARING) |

On May 12, 2026, the *Motion for Remand of All or a Portion of This Action* filed by plaintiff and counter-defendant, Panthers Capital LLC* (DE 9, filed April 17, 2026, the "**Motion**"), came on for hearing before the Honorable Barry Russell, United States Bankruptcy

---

* Notwithstanding the case title on the March 23, 2026 *Notice of Removal of Civil Action Under 28 U.S.C. § 1452(a)* initiating this adversary proceeding, Panthers Capital LLC is the plaintiff and counter-defendant in the action entitled *Panthers Capital LLC v. CIS International Holdings (N.A.) Corporation*, docket no. FSTCV256075223, removed from, and now remanded to, the Superior Court of Connecticut, Judicial District of Stamford at Stamford.

Judge, Courtroom 1668, 255 E. Temple Street, Los Angeles, California 90012.  Panthers Capital LLC appeared through its counsel, Kurt Ramlo of Ramlo Law.  Removing defendants and counterclaimants, CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish (Fiji) Ltd., and Charitha I. Samarasinghe ("**Removing Parties**") appeared through their counsel, Caroline Djang of Buchalter LLP.

Based upon the pleadings, records, and documents on file in this adversary proceeding, the Court having considered the Motion and supporting papers as well as the oppositions thereto, and having considered the argument of counsel, and for the reasons stated on the record, it is hereby

ORDERED that:

1.      The Motion is granted as set forth below.

2.      The action entitled *Panthers Capital LLC v. CIS International Holdings (N.A.) Corporation*, docket no. FSTCV256075223, removed from the Superior Court of Connecticut, Judicial District of Stamford at Stamford (the "**Connecticut Court**") to this Court, is hereby remanded to the Connecticut Court.

3.      The remand ordered herein is without prejudice to Removing Parties filing another Notice of Removal with the United States District Court for the District of Connecticut. Notwithstanding the foregoing, the rights of Panthers Capital LLC to assert any response to another Notice of Removal, including any equitable ground for remand, the timeliness of another Notice of Removal, any other procedural irregularity, discretionary or mandatory abstention, lack of subject matter jurisdiction, or any other applicable ground, whether asserted in the Motion or not, are unaffected by this Order and are preserved.

# # #

APPROVED:

BUCHALTER LLP


By: _____
         Caroline Djang
Attorneys for Defendants and Counterclaimants CIS
International Distributors Inc., Live Aquaria
Holdings Corp., Lionsrock Investments LLC,
Lionsrock Wisconsin LLC, T3 Aquatics, Siam
Tropical Fish Ltd., Tropical Aquarium Fish (FIJI)
Ltd, and Charitha I. Samarasinghe

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 15021 Ventura Blvd. #544, Sherman Oaks, CA  90034.

A true and correct copy of the foregoing document entitled

## NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: Motion for Remand of All or a Portion of This Action

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **May 19, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steve Burnell  Steve.Burnell@gmlaw.com,  sburnell@ecf.courtdrive.com; sburnell@ecf.inforuptcy.com; patricia.dillamar@gmlaw.com; CourtMail@gmlaw.com**
- **Caroline Djang    cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com**
- **David M Goodrich (TR)    dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2. SERVED BY UNITED STATES MAIL**: On **May 19, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 19, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 19, 2026 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**