RAMLO LAW
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

Attorney for Plaintiff and Counter-Defendant Panthers Capital, LLC*

FILED & ENTERED

MAY 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Los Angeles Division

| | |
|---|---|
| In re | Case No. 2:25-18374-BR |
| CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, dba E TROPICAL FISH,<br><br>Debtor. | Chapter 7 |
| CIS INTERNATIONAL DISTRIBUTORS INC., et al.,*<br><br>Plaintiff,<br><br>vs.<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,*<br><br>Defendants. | Adv. No. 26-01070-BR<br><br>Hon. Barry Russell<br><br>**Order Remanding Action to Superior Court of Connecticut, Judicial District of Stamford at Stamford**<br><br>Hearing Date:  May 12, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom:1668 (IN PERSON HEARING) |
| And related counterclaim. | |

On May 12, 2026, the *Motion for Remand of All or a Portion of This Action* filed by plaintiff and counter-defendant, Panthers Capital LLC* (DE 9, filed April 17, 2026, the "**Motion**"), came on for hearing before the Honorable Barry Russell, United States Bankruptcy

---

* Notwithstanding the case title on the March 23, 2026 *Notice of Removal of Civil Action Under 28 U.S.C. § 1452(a)* initiating this adversary proceeding, Panthers Capital LLC is the plaintiff and counter-defendant in the action entitled *Panthers Capital LLC v. CIS International Holdings (N.A.) Corporation*, docket no. FSTCV256075223, removed from, and now remanded to, the Superior Court of Connecticut, Judicial District of Stamford at Stamford.

Judge, Courtroom 1668, 255 E. Temple Street, Los Angeles, California 90012.  Panthers Capital LLC appeared through its counsel, Kurt Ramlo of Ramlo Law.  Removing defendants and counterclaimants, CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish (Fiji) Ltd., and Charitha I. Samarasinghe ("**Removing Parties**") appeared through their counsel, Caroline Djang of Buchalter LLP.

Based upon the pleadings, records, and documents on file in this adversary proceeding, the Court having considered the Motion and supporting papers as well as the oppositions thereto, and having considered the argument of counsel, and for the reasons stated on the record, it is hereby

**ORDERED** that:

1.     The Motion is granted as set forth below.

2.     The action entitled *Panthers Capital LLC v. CIS International Holdings (N.A.) Corporation*, docket no. FSTCV256075223, removed from the Superior Court of Connecticut, Judicial District of Stamford at Stamford (the "**Connecticut Court**") to this Court, is hereby remanded to the Connecticut Court.

3.     The remand ordered herein is without prejudice to Removing Parties filing another Notice of Removal with the United States District Court for the District of Connecticut. Notwithstanding the foregoing, the rights of Panthers Capital LLC to assert any response to another Notice of Removal, including any equitable ground for remand, the timeliness of another Notice of Removal, any other procedural irregularity, discretionary or mandatory abstention, lack of subject matter jurisdiction, or any other applicable ground, whether asserted in the Motion or not, are unaffected by this Order and are preserved.

### #

APPROVED:

BUCHALTER LLP


By: _____
        Caroline Djang
Attorneys for Defendants and Counterclaimants CIS
International Distributors Inc., Live Aquaria
Holdings Corp., Lionsrock Investments LLC,
Lionsrock Wisconsin LLC, T3 Aquatics, Siam
Tropical Fish Ltd., Tropical Aquarium Fish (FIJI)
Ltd, and Charitha I. Samarasinghe

Date: May 27, 2026

_____
Barry Russell
United States Bankruptcy Judge

- 3 -