United States Bankruptcy Court

Central District of California

CIS International Distributors Inc.,

    Plaintiff

CIS INTERNATIONAL HOLDINGS (N.A.) CORPOR,

    Defendant

Adv. Proc. No. 26-01070-BR

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: pdf031 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Panthers Capital LLC, Benjamin Isaacov, CEO & President, 9 W Broad St, Suite 320, Stamford, CT 06902-3758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION dba |
| dft | | CIS International Distributors Inc. |
| pla | | CIS International Distributors Inc. |
| dft | | Charitha I. Samarasinghe |
| pla | | Charitha I. Samarasinghe |
| dft | | Lionsrock Investments LLC |
| pla | | Lionsrock Investments LLC |
| dft | | Lionsrock Wisconsin LLC |
| pla | | Lionsrock Wisconsin LLC |
| dft | | Live Aquaria Holdings Corp. |
| pla | | Live Aquaria Holdings Corp. |
| dft | | Siam Tropical Fish Ltd. |
| pla | | Siam Tropical Fish Ltd. |
| dft | | T3 Aquatics |
| pla | | T3 Aquatics |
| pla | | Tropical Aquarium Fish (FIJI) Ltd |
| dft | | Tropical Quarium Fish (FIJI) Ltd |

TOTAL: 17 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026        Signature:    /s/Gustava Winters

District/off: 0973-2        User: admin        Page 2 of 2

Date Rcvd: May 27, 2026        Form ID: pdf031        Total Noticed: 1

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Caroline Djang

on behalf of Plaintiff Tropical Aquarium Fish (FIJI) Ltd cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Live Aquaria Holdings Corp. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Lionsrock Wisconsin LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Live Aquaria Holdings Corp. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Lionsrock Wisconsin LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff T3 Aquatics cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Charitha I. Samarasinghe cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff CIS International Distributors Inc. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Siam Tropical Fish Ltd. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant CIS International Distributors Inc. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant T3 Aquatics cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Tropical Quarium Fish (FIJI) Ltd cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Lionsrock Investments LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Charitha I. Samarasinghe cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Lionsrock Investments LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Siam Tropical Fish Ltd. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

David M Goodrich (TR)

dgoodrich@go2.law  c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law

Kurt Ramlo

on behalf of Plaintiff Panthers Capital LLC RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email

Steve Burnell

on behalf of Trustee David M Goodrich (TR) Steve.Burnell@gmlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;patricia.dillamar@gmlaw.com;CourtMail@gmlaw.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 20

RAMLO LAW
Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

Attorney for Plaintiff and Counter-Defendant Panthers Capital, LLC*

**FILED & ENTERED**

MAY 27 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Los Angeles Division

| | |
|---|---|
| In re<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, dba E TROPICAL FISH,<br><br>Debtor. | Case No. 2:25-18374-BR<br><br>Chapter 7 |
| CIS INTERNATIONAL DISTRIBUTORS INC., et al.,*<br><br>Plaintiff,<br><br>vs.<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,*<br><br>Defendants.<br><br>And related counterclaim. | Adv. No. 26-01070-BR<br><br>Hon. Barry Russell<br><br>**Order Remanding Action to Superior Court of Connecticut, Judicial District of Stamford at Stamford**<br><br>Hearing Date:  May 12, 2026<br>Hearing Time: 10:00 a.m.<br>Courtroom:1668 (IN PERSON HEARING) |

On May 12, 2026, the *Motion for Remand of All or a Portion of This Action* filed by plaintiff and counter-defendant, Panthers Capital LLC* (DE 9, filed April 17, 2026, the "**Motion**"), came on for hearing before the Honorable Barry Russell, United States Bankruptcy

---

* Notwithstanding the case title on the March 23, 2026 *Notice of Removal of Civil Action Under 28 U.S.C. § 1452(a)* initiating this adversary proceeding, Panthers Capital LLC is the plaintiff and counter-defendant in the action entitled *Panthers Capital LLC v. CIS International Holdings (N.A.) Corporation*, docket no. FSTCV256075223, removed from, and now remanded to, the Superior Court of Connecticut, Judicial District of Stamford at Stamford.

Judge, Courtroom 1668, 255 E. Temple Street, Los Angeles, California 90012. Panthers Capital LLC appeared through its counsel, Kurt Ramlo of Ramlo Law. Removing defendants and counterclaimants, CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish (Fiji) Ltd., and Charitha I. Samarasinghe ("**Removing Parties**") appeared through their counsel, Caroline Djang of Buchalter LLP.

Based upon the pleadings, records, and documents on file in this adversary proceeding, the Court having considered the Motion and supporting papers as well as the oppositions thereto, and having considered the argument of counsel, and for the reasons stated on the record, it is hereby

**ORDERED** that:

1. The Motion is granted as set forth below.

2. The action entitled *Panthers Capital LLC v. CIS International Holdings (N.A.) Corporation*, docket no. FSTCV256075223, removed from the Superior Court of Connecticut, Judicial District of Stamford at Stamford (the "**Connecticut Court**") to this Court, is hereby remanded to the Connecticut Court.

3. The remand ordered herein is without prejudice to Removing Parties filing another Notice of Removal with the United States District Court for the District of Connecticut. Notwithstanding the foregoing, the rights of Panthers Capital LLC to assert any response to another Notice of Removal, including any equitable ground for remand, the timeliness of another Notice of Removal, any other procedural irregularity, discretionary or mandatory abstention, lack of subject matter jurisdiction, or any other applicable ground, whether asserted in the Motion or not, are unaffected by this Order and are preserved.

# # #

APPROVED:

BUCHALTER LLP


By: _____
     Caroline Djang
Attorneys for Defendants and Counterclaimants CIS
International Distributors Inc., Live Aquaria
Holdings Corp., Lionsrock Investments LLC,
Lionsrock Wisconsin LLC, T3 Aquatics, Siam
Tropical Fish Ltd., Tropical Aquarium Fish (FIJI)
Ltd, and Charitha I. Samarasinghe

Date: May 27, 2026

_____
Barry Russell
United States Bankruptcy Judge

- 3 -